UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff
     v.

                                                            14-CV-29S

$80,879 UNITED STATES CURRENCY,

                              Defendant
_____

## ORDER FOR SETTLEMENT AND FORFEITURE

Based upon the Stipulation for Settlement and Forfeiture previously filed in the above captioned litigation and after review and due deliberation, it is hereby

ORDERED, that $28,000 of the $80,879 United States currency originally seized shall be returned to the claimants, Wan Qin Lu, Ming Qing Liu, and Ying Guan Lu, through their attorney, James P. Harrington, by U.S. Customs and Border Protection; and it is further

ORDERED, that the remaining $52,879 United States currency is hereby forfeited to the United States of America pursuant to Title 8, United States Code, Section 1324(b), and shall be disposed of according to law.

DATED: Buffalo, New York, April 6, 2015.

                                                    s/William M. Skretny
                                                    WILLIAM M. SKRETNY
                                          Senior United States District Judge